UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO FIGUEROA, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:19-0210 |
| v. | : | (JUDGE MANNION) |
| | : | |
| Warden SCOTT FINLEY, | : | |
| Respondent | : | |
| | : | |

**ORDER**

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: December 3, 2020**
19-0210-01